Page 1 of 1

# Petty Offense Docket Sheet and Judgment Order
## For 04/14/2021 at 10:00 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

Date Mar 30, 2021

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| PCSA 4972637 FTA ☐ | M | GRAVES, LACHANDRA M<br>1307 TRACK ST<br>BAY MINETTE, AL 36507<br>SSN: ###-##-0651<br>Drivers License: #####51 AL | THEFT OF PROPERTY IV<br>AL13A-8-5<br>Issued: 01/30/2021 by JOHNSON<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| PCSA 7600476 FTA ☐ | O | KILBORN, RONDA M<br>136 THOMAS DRIVE<br>SARALAND, AL 36571<br>SSN: ###-##-3438<br>Drivers License: #####51 AL | CRIMINAL TRESPASS 3RD<br>AL13A-7-4<br>Issued: 02/04/2021 by PC26<br>Original Amount: 280.00<br>Current Due: 280.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

**District:** ALABAMA SOUTHERN

**Magistrate Judge:** HON BERT W MILLING JR

**Magistrate Code:** 28RD

**Hearing Site:** MLAL

**Date:** 04/14/2021

**Time:** 10:00 AM

Tape Number(s) _____

Time in Court: Hours: _____   Minutes: _____

Presiding Judge: _____   Date: _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.